1  DAWN B. EYERLY (BAR NO. 185074)
   Dawn.eyerly@saul.com
2  SAUL EWING, LLP
   1888 Century Park East, Suite 1500
3  Los Angeles, California 90067
   Telephone: (310) 255-6100
4  Facsimile: (310) 255-6200

6  Attorney for Defendant GEMINI DIRECT,
   LLC d/b/a/ CREDIT INNOVATION GROUP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. HOLLAWAY,<br><br>    Plaintiff,<br><br>v.<br><br>GEMINI DIRECT, LLC d/b/a/<br>CREDIT INNOVATION GROUP,<br><br>    Defendant. | Case No. 2:24-cv-00644-KJM-CKD<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS** |

Before the Court is a Request to Seal a Document attached to Defendant's Motion to Compel Arbitration submitted by Defendant, Gemini Direct, LLC d/b/a/ Credit Innovation Group. Defendant's Request to Seal indicates the following document should be filed under seal:

Document 5.2: Declaration of Marion Timpson, pages 3-14

Defendant has shown compelling reasons for the requests. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); Fed. R. Civ. P. 5.2(a).  The court hereby orders that the Declaration of Marion Timpson (ECF 5.2) attached to Defendant's Motion to Compel Arbitration is sealed.  Defendant shall file a redacted copy of the sealed document to remain unsealed on the docket promptly and within seven (7) days of the filing date of this order.

///

///

1   This resolves ECF No. 16.

2   **SO ORDERED.**

3   DATED: May 31, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE